# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Daniel Conway and
Elvira Conway,
              Debtor(s).        /

No.: 08-10743
Chapter: 7

**FILED**
June 3, 2008
U.S. Bankruptcy Court
Santa Rosa, Division

## ORDER FOR HEARING RE: SANCTIONS

To the above-named debtors and counsel of record:

A hearing will be held at **9:00 A.M.** on **Friday, June 6, 2008** at:

**99 South E St., Santa Rosa, CA.**

You and your counsel (if any) are ordered to attend.

The purpose of the hearing is to determine if the court should fine or otherwise sanction you and/or your counsel, or dismiss this case, pursuant to section 105(a) of the Bankruptcy Code for:

**failure to file timely Chapter 7 Statement of Current Monthly Income and Means Test**

**Calculation - Form 22A**

Belated compliance will not excuse attendance at the hearing, nor assure that there will be no sanctions or dismissal. If this case is dismissed, the Court may bar the debtor(s) from refiling any bankruptcy petition in any Court for a period of up to one year. Service is limited to the debtor(s), counsel for the debtor(s) (if any), the case trustee, and the U.S. Trustee.

SO ORDERED.

Dated: June 3, 2008

                                            Alan Jaroslovsky
                                            U.S. Bankruptcy Judge

I certify that on this day this order was mailed to the debtor at their last known mailing address.

By: Katie Andersen, Deputy Clerk on June 3, 2008.