```
JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtors
```

United States Bankruptcy Court

Northern District of California

```
CONWAY, DANIEL & ELVIRA,     )    Case No 08-10743
          Debtor             )       (Chapter 7)
_____)
```

Ex Parte Application for Order Shortening Time to Notice of Hearing on Application for Protective Order

And

Motion for Protective Order

Counsel for the Debtors comes now and applies to the Court for an order shortening time for notice of hearing on his application for a protective order. The protective order is needed to protect the rights and privileges of the Debtors. The Office of the United States Trustee served a subpena on John Vos asking that he produce copies of each and every communication between himself and his clients, or a log thereof. Such clearly is protected by the attorney-client privilege. Even a log would reveals dates and lead to inferences. There is no exception to the attorney-client privilege in this instance.

//
//
//

The subpena was served by Donna Jensen on Mr. Vos during the middle of hearing last Thursday December 4th in Santa Rosa. The date set for production was barely more than one week from service - Monday December 15th. That is insufficient time to comply, and under the circumstances completely unfair.

Friday December 5th Mr. Vos with other clients was scheduled to start a 4-day court trial; the trial ha started and is continuing even as this is being written. Meanwhile construction is occurring at Mr. Vos' office, the workmen have moved all his papers, files, desk(s) etc in his office. At this moment this file is somewhere, but temporarily unavailable until construction is completed. This is the first opportunity that Mr. Vos has had to make application to the Court for a protective order.

Grounds for the order include:

1/ Attorney-client privilege. Not even a rudimentary showing has been made to invade the sacrosanct relationship between clients and counsel;

2/ Even a 'privilege log' reveals information from which inferences can be made;

3/ Insufficient time between service and production, particularly given Mr. Vos' other commitments and disruption in his office.

There is another aspect as well, having to do with fairness. Since being retained Mr. Vos has appeared at several 341 meetings with the Debtors, appeared at a half-day 2004 examination in Santa Rosa with the Debtors, as well as provided various other legal services for the Debtors and in response to demands from the US Trustee, all without renumeration. The clients are being represented diligently, and appropriately. But at a certain point, when the privilege is to be invaded and at further expense to

counsel, 'enough is enough'.

　　　Wherefore, your applicant prays for an order shortening time for hearing on this matter so that it may be served not later than 8 a.m. Thursday 11 December 2008 for hearing at 9:00 a.m. Friday December 12, 2008.

Dated: 10 December 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　John A. Vos, counsel for Debtors