JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtors

United States Bankruptcy Court

Northern District of California

CONWAY, DANIEL & ELVIRA,  )   Case No 08-10743
         Debtor           )      (Chapter 7)
_____)

ORDER GRANTING
Ex Parte Application for Order Shortening Time to Notice of
Hearing on Application for Protective Order

Upon consideration of the application presented Ex Parte this date and good cause appearing, it is ordered that time for service of the Motion for Protective Order is shortened so that it may be served not later than 8 a.m. Thursday 11 December 2008 for hearing at 9:00 a.m. Friday December 12, 2008.

Dated: December 10, 2008

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge