```
JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtors
```

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| CONWAY, DANIEL & ELVIRA,<br>        Debtor<br>_____ | Case No 08-10743<br>  (Chapter 7)<br>Hrg Date: 12/12/08<br>Hrg Time: 9:00 a.m.<br>Hrg Site: Santa Rosa |

NOTICE OF HEARING ON APPLICATION FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE that the hearing on the application for protective order as to the subpoena served Thursday December 4, 2008 on John A. Vos, counsel for Debtors, will come on before this Court for hearing at 9:00 a.m. on Friday December 12, 2008.

Dated: December 10, 2008          Respectfully submitted,

```
                              ___/s/_____
                              JOHN A. VOS, Esq.
                              Counsel for Debtors
```