```
JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtors
```

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| CONWAY, DANIEL & ELVIRA, ) | Case No 08-10743 |
|        Debtor ) |   (Chapter 7) |
| _____) | Hrg Date: 12/12/08 |
| | Hrg Time: 9:00 a.m. |
| | Hrg Site: Santa Rosa |

DECLARATION OF JOHN A VOS

Debtors have not waived their privileges in this case.

Executed this 10th day of December 2008 under penalty of perjury of the laws of the United States of America.

                                      ___/s/_____
                                        JOHN A. VOS