```
JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Debtors
```

United States Bankruptcy Court

Northern District of California

CONWAY, DANIEL & ELVIRA,   )   Case No 08-10743
         Debtor   )      (Chapter 7)
_____)

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER
AND DENYING UNITED STATES TRUSTEE'S MOTION TO COMPEL**

The Debtors' motion for a protective order and the United States Trustee's motion to compel production pursuant to a Subpoena served upon John A. Vos, counsel for the Debtors, came on regularly before this Court Friday June 12, 2009. John A. Vos appeared on behalf of Debtors. Patricia Cutler appeared on behalf of the United States Trustee. After reviewing the briefs and arguments of the parties, the Court having issued a Memorandum Opinion June 16, 2009, and good cause appearing, now therefore,

IT IS ORDERED that

1/ The United States Trustee's motion to compel communications between the Conway's and Mr. Vos is denied; and

2/ The Conways' motion for a protective order is granted.

```
 1  Dated:  June 24, 2009
 2                                              _____
                                                Alan Jaroslovsky
 3                                              U.S. Bankruptcy Judge
 4
 5
 6       Approved:
 7       By: ___/s/_____6/22/09
             julie Glosson, Counsel
 8           for the U.S. Trustee
 9
```

Case: 08-10743    Doc# 58    Filed: 06/24/09    Entered: 06/25/09 14:05:23    Page 2 of 2