DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re ) No. 08-10743 AJ
)
DANIEL CONWAY AND ) Chapter 7
ELVIRA CONWAY, )
) Date: 15 August 2008; 12 June 2009
) Time: 10:00 a.m.
Debtors. ) Ctrm: Hon. Alan Jaroslovsky
) 99 South "E" Street
) Santa Rosa, CA
)

### ORDER DISMISSING CASE

The matter of the Acting U.S. Trustee's Motion to Dismiss came on for hearing on August 15, 2008 before the Honorable Alan Jaroslovsky. For the reasons stated on the record, **IT IS HEREBY ORDERED**

(1) The Acting U.S. Trustee's Motion to Dismiss is granted;

(2) The above captioned case is dismissed.

Dated: July 8, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge