**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: Daniel Conway and Elvira Conway | Case No.: 08–10743 AJ 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 07/08/2009 dismissing the above–captioned case.

Dated: 7/8/09

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 59